# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**234**
**CA 11-00173**
PRESENT: SCUDDER, P.J., SMITH, FAHEY, CARNI, AND SCONIERS, JJ.

---

PATRICIA J. CURTO, CLAIMANT-APPELLANT,

                 V                                  ORDER

NEW YORK STATE THRUWAY AUTHORITY AND
NEW YORK STATE, DEFENDANTS-RESPONDENTS.
(CLAIM NO. 116804-A.)
(APPEAL NO. 1.)

---

PATRICIA J. CURTO, CLAIMANT-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (KATHLEEN M. TREASURE OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---------------------------------------------------------------------------------------------------------

    Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered April 2, 2010.  The order dismissed the claim for lack of jurisdiction pursuant to CPLR 3211.

    It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985).

Entered:  March 16, 2012                    Frances E. Cafarell
                                        Clerk of the Court